IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
)
v. )
)
WHITNEY ANN WILSON ) No. 08-13-M
)

## MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court as the Defendant has not yet been apprehended.

Colm F. Connolly
United States Attorney

By: /s/ Seth M. Beausang
Seth M. Beausang
Assistant U.S. Attorney

IT IS SO ORDERED this 22nd day of January, 2008, that the above-captioned file is sealed until further order of the Court.

Leonard P. Stark
U.S. Magistrate Judge