IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 08-13-M |
| ) | |
| WHITNEY ANN WILSON, ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER TO UNSEAL FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Seth M. Beausang, First Assistant United States Attorney for the District of Delaware, hereby moves that the file in the above-captioned case be unsealed as defendant Whitney Ann Wilson has been arrested.

COLM F. CONNOLLY
United States Attorney

By: _____
Seth M. Beausang
Assistant United States Attorney

Dated: February 15, 2008

AND NOW, this __19th__ day of __February__, 2008, upon the foregoing Motion, it is

ORDERED that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE