

# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

WHITNEY ANN WILSON

**REDACTED**

Criminal Complaint

CASE NUMBER: 08-13-m

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __January 18, 2008__ in __New Castle County__ County, in the District of Delaware, defendant did steal three (3) pieces of mail from a letter box, mail receptacle, or other authorized depository for mail matter

in violation of Title __18__ United States Code, Section(s) __1708__.

I further state that I am a(n) __Special Agent, United States Postal Inspection Service__ and that this complaint is based
                                                        Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:  · Yes

_____
Signature of Complainant
Yvette A. Thomas
U.S. Postal Inspection Service

Sworn to before me and subscribed in my presence,

January 22, 2008                            at     Wilmington, DE
Date                                               City and State

Honorable Leonard P. Stark
United States Magistrate Judge              _____
Name & Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT OF YVETTE A. THOMAS

1. I am Yvette A. Thomas, United States Postal Inspector. Being duly sworn, I state the following information was developed from the affiant's personal knowledge and from information furnished to the affiant from local law enforcement officers, United States Postal Inspectors, and from other federal employees.

2. I am employed as a United States Postal Inspector and have been since August of 2002. I am currently assigned to the Philadelphia Division, Wilmington Delaware Domicile. My duties as a Postal Inspector are to investigate criminal violations of the United States Code, particularly the sections of Title 18 which constitute Mail Fraud and Identity Theft.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant charging Whitney Ann WILSON, DOB –     '79, for Theft of Mail in violation of 18 U.S.C. § 1708.

4. On January 18, 2008, your affiant executed a search warrant for            Wilmington, Delaware, and a 2001 GMC Yukon VIN – 1GKFK16T51J243573, Delaware registration number – PC408171. The 2001 GMC Yukon is registered to WILSON and Marvin K. Houston of     , Wilmington, Delaware. The affidavit in support of the search warrant indicated that in August, 2007, WILSON was accused of stealing mail to conduct bank fraud and identity theft and that, in connection with those allegations, on December 27, 2007, WILSON pled guilty in Delaware state court to one count of Identity Theft. The affidavit also indicated that on January 14, 2008, a person fitting WILSON's description and driving the 2001 GMC Yukon was observed stealing mail from residences in the North Wilmington area.

5. On January 18, 2008, just prior to execution of the search warrant, WILSON was observed entering the residence at                  Your affiant knocked on the door and announced herself as a law enforcement officer but WILSON did not respond. By the time your affiant was able to enter the residence, WILSON had apparently fled.

6. Inside _____, your affiant discovered three (3) pieces of stolen mail. Two (2) pieces of mail had a return address for Wilmington residents J.B. and J.B. at one address. One (1) piece of mail had a return address for Wilmington resident J.G. at another address. Your affiant spoke to the aforementioned citizens and was informed that the citizens recently placed these pieces of mail into their mailboxes for mailing.

7. Your affiant also discovered inside _____ among other things, three bank checks belonging to the aforementioned citizens, which had been removed from their envelopes. The bank checks were discovered on a scanner in a position ready to be scanned into a computer. Your affiant also discovered inside _____ a printer capable of printing fraudulent checks and a receipt for the recent purchase of blank check stock used for printing checks. Based upon my training and experience, it is common knowledge for individuals involved in theft of mail, bank fraud, and identity theft to scan bank checks into a computer so that the fraudulent checks can be produced.

8. Your affiant also contacted the banks that have accounts for the aforementioned citizens and was informed that there were four (4) recent attempts to pass fraudulent checks on these accounts. One (1) fraudulent check was not passed because the citizen had alerted the bank to the possibility of fraudulent activity. Three (3) other checks were passed: one (1) in the amount of $400; one (1) in the amount of $425; and one (1) in the amount of $450.

believe that WILSON stole three (3) pieces of mail from a letter box, mail receptacle, or other authorized depository for mail matter, all in violation of 18 U.S.C. § 1708, and your affiant respectfully requests that the Court issue a criminal complaint and arrest warrant charging WILSON accordingly.

*Yvette A. Thomas*
Yvette A. Thomas
U.S. Postal Inspector

Sworn to and subscribed before me
This 22nd day of January 2008

THE HONORABLE LEONARD P. STARK
UNITED STATES MAGISTRATE JUDGE