AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**WHITNEY ANN WILSON**

**WARRANT FOR ARREST**

CASE NUMBER: 08- 13 - M

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **WHITNEY ANN WILSON** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment __ Information __X__ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with (brief description of offense)

**Theft of Mail**

in violation of Title __18__ United States Code, Section (s) __1708__

Honorable Leonard P. Stark
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

January 22, 2008    Wilmington, DE
Date and Location

Bail fixed at $ _____

by _Hon. Leonard P. Stark_
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at_____

| DATE RECEIVED 1/22/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/14/08 | U.S. Postal Inspector Juliette Thomas | [signature] Juliette A. Thomas |

AO 442 (Rev. 12/85) Warrant for Arrest